**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT J. KULICK, | CV 18-5718 PA (SSx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| LEISURE VILLAGE ASSOCIATION, INC., | |
| Defendant. | |

In accordance with the Court's July 9, 2018 Minute Order dismissing the action brought by plaintiff Robert J. Kulick ("Plaintiff") against defendant Leisure Village Association, Inc. ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's Complaint is dismissed without leave to amend;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall take nothing.

DATED: July 9, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE